RAY & HARRIS v. SEABOARD AIR LINE RAILWAY COMPANY.

(Filed 17 October, 1923.)

APPEAL by defendant from *Lyon, J.,* at March Term, 1923, of CHATHAM.

Civil action to recover damages for an alleged breach of contract in connection with the sale of certain cross-ties.

From a verdict and judgment in favor of plaintiffs, the defendant appealed.

*W. P. Horton and Siler & Barber for plaintiffs.*
*Long & Bell and Murray Allen for defendant.*

PER CURIAM. A careful examination of the present record leaves us with the impression that no reversible error was committed on the trial

of the cause. All the exceptions are directed to alleged errors in the charge, but we think the charge as given is in substantial compliance with the law bearing on the subject. No prejudicial error has been made to appear.

No error.